JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN B. HARRIS, individually, and JOANNA JONES and LILLIAN B. HARRIS, as Co-Trustees of the LILLIAN B. HARRIS TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>RUSSAKOW, RYAN & JOHNSON, a Professional Law Corporation; RUSSAKOW, GREENE & TAN, LLP; MARK RUSSAKOW; KELLY RYAN; CHRISTOPHER JOHNSON; COLIN GREENE; LISA TAN; MEGAN LEE; SERGIO RODRIGUEZ; MARIVEL ZIALCITA, ABRAHAM APRAKU; CITIBANK (SOUTH DAKOTA), N.A., a corporation; CITICORP CREDIT SERVICES, INC. (USA), a corporation; CHASE BANK U.S.A., N.A., a corporation, and DOES 1 through 40, inclusive,<br><br>Defendants. | Case No. 2:12-cv-01501-JFW-MAN<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

LA 51556462

# ORDER

The Stipulation of Dismissal with Prejudice filed by plaintiffs Lillian B. Harris, individually and Joanna Jones and Lillian B. Harris, as Co-Trustees of the Lillian B. Harris Trust (together, "Plaintiffs") and defendants Citibank, N.A., as successor in interest to Citibank (South Dakota), N.A. ("Citibank") and Citicorp Credit Services, Inc. (USA), ("CCSI") is **GRANTED** and it is hereby **ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this entire action shall be, and is, dismissed **WITH PREJUDICE** as to all claims asserted by Plaintiffs against Citibank and CCSI, and all parties shall bear their own attorneys' fees and costs as to the dismissed claims.

**IT IS SO ORDERED.**

Dated: July 10, 2012           _____
                               THE HON. JOHN F. WALTER
                               UNITED STATES DISTRICT JUDGE

- 1 -