1  Robert H. Stellwagen, Jr. State Bar No. 150560
   Howard J. Franco, Jr. State Bar No. 115625
2  **COLLINS COLLINS MUIR + STEWART LLP**
   1100 El Centro Street
3  South Pasadena, CA  91030
   (626) 243-1100 – FAX (626) 243-1111
4

5  Attorneys for Defendant                                                JS-6
   RUSSAKOW, RYAN & JOHNSON;
6  RUSSAKOW, GREEN & TAN, LLP;
   MARK RUSSAKOW; LISA TAN; MEGAN LEE;
7  SERGIO RODRIGUEZ; MARIVEL ZIALCIA;
   ABRAHAM APRAKU
8

9
                    **UNITED STATES DISTRICT COURT**
10
                    **CENTRAL DISTRICT OF CALIFORNIA**
11

12  LILLIAN B. HARRIS, individually, and      ) CASE NO. CV 12-01501-JFW (MANx)
    JOANNA JONES and LILLIAN B. HARRIS,       ) *Judge: Hon. John F. Walter, Room: 16*
13  as Co-Trustees of the LILLIAN B. HARRIS   )
    TRUST,                                    ) **ORDER GRANTING STIPULATION TO**
14                                            ) **REMAND CASE**
                 Plaintiffs,                  )
15                                            ) 3rd AM. Complaint Filed:   April 26, 2012
                                              )
16       vs.                                  )
                                              ) **Trial Date:              January 22, 2013**
17  RUSSAKOW, RYAN & JOHNSON, a               )
    Professional Law Corporation; RUSSAKOW,   ) **STIPULATION FILED CONCURRENTLY**
18  GREENE AND TAN, LLP; MARK                 ) **HEREWITH**
    RUSSAKOW, KELLEY RYAN,                    )
19  CHRISTOPHER JOHNSON, COLIN                )
    GREENE, LISA TAN, MEGAN LEE,              )
20  SERGIO RODRIGUEZ, MARIVEL                 )
    ZIALCIA, ABRAHAM APRAKU,                  )
21  CITIBANK N.S., a Corporation, CITIBANK    )
    CREDIT SERVICES, INC. (U.S.A.), a         )
22  corporation; CHASE BANK U.S.A.N.A., a     )
    corporation, and DOES 1-40 INCLUSIVE,     )
23                                            )
                 Defendants.                  )
24                                            )

25
26  _____

27  //

28  //

                                         1
                                      **ORDER**

Good Cause appearing, IT IS SO ORDERED THAT:

    1.  Pursuant to the stipulation submitted by counsel for the remaining parties, the court finds that there is no federal subject matter jurisdiction under 28 U.S.C. §1330, et seq.

    2.  This action shall be remanded to the Superior Court of California, Los Angeles, Central Branch, Case No. BC464450 for further proceedings;

    3.  This Stipulation moots all pending motions before this Court, and all pending deadlines and hearings in this case shall be taken off the Court's calendar;

DATED:  August 8, 2012

By: _____
THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE